[No. 7996-4-I.  Division One.  December 15, 1980.]

THE STATE OF WASHINGTON, *Respondent*, v. RODNEY M. BLAKENEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. J-86490, David W. Soukup, J., entered May 2, 1979. *Affirmed in part* and *reversed in part* by unpublished

opinion per James, A.C.J., concurred in by Andersen and Durham, JJ.